# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID M. GRIGGS,** : | |
| : | **CIVIL ACTION NO. 3:17-0208** |
| **Plaintiff** : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| **FEDERAL BUREAU OF** : | |
| **PRISONS, et al.,** | |
| : | |
| **Defendants** | |
| : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Schwab, **(Doc. 6)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED** for his failure to state a claim upon which relief can be granted and for his failure to prosecute this action.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date: October 3, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0208-01.docx